**Randy SCHARNHORST, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48216.**

Missouri Court of Appeals,
Western District.

March 29, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

*ORDER*

PER CURIAM:

Appeal from denial of Rule 24.035 post-conviction motion after an evidentiary hearing.

Affirmed.   Rule 84.16(b).